# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

United States of America
v.
DWIGHT EPPS

Case No. ELH-14-0433

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DWIGHT EPPS
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

-Possession of a Firearm and Ammunition by a Convicted Felon, 18 U.S.C. section 922(g)(1)

Date: September 17, 2014

*Issuing officer's signature*

City and state: Baltimore, Maryland

Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/17/2014, and the person was arrested on *(date)* 2/6/2015
at *(city and state)* Baltimore, MD

Date: 2/6/2015

*Arresting officer's signature*

Louie McKinney Jr. / DUSM
*Printed name and title*